

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00451-CV

Ronnie Pearson
v.
Brittany Jones

On Appeal from the
82nd District Court of Falls County, Texas
Trial Court Cause No. CV40893

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs are taxed against the party incurring same.

We further order this decision certified below for observance.

March 24, 2022